UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Northern Division



FILED                ENTERED
RECEIVED
FEB 27 2001
AT BALTIMORE
BY          CLERK U S DISTRICT COURT
DISTRICT OF MARYLAND
DEPUTY

| | | |
|---|---|---|
| **DAVID STEVEN ANDES** | * | |
| **Plaintiff** | * | |
| **v.** | * | **Civil Action No.:  S-00-2607** |
| **RON POKRANDT and BILL POLLARD** | * | |
| | * | |
| **Defendants** | * | |
| | * | |

\*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*

### ORDER

Upon consideration of the application for *pro hac vice* admission of Scott E. Gross, Esquire of Sidley & Austin, Chicago, Illinois, in order to represent Defendants William Pollard and Ron Pokrandt in the above-captioned matter, and any opposition thereto, it is this _27_ day of _February_, 2001, *nunc pro tunc* to 02/22/01

ORDERED that  Scott E. Gross, Esquire be and hereby is admitted *pro hac vice* to the bar of the United States District Court for the District of Maryland, for the purposes of representing Defendants William Pollard and Ron Pokrandt in <u>Andes v. Pokrandt, et al.</u>

_____
United States District Court Judge

QJ 2/27/01